IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: July 16, 2025

| | | |
|---|---|---|
| **CYNTIA GREEN**, *on behalf of herself and those similarly situated*, | ) ) ) | CASE NO.: 1:24-cv-02017-CEF |
| Plaintiff, | ) ) ) | JUDGE CHARLES ESQUE FLEMING |
| v. | ) ) ) | **NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE** |
| **LIFE CHANGING CARE, LLC**, *et al.*, | ) ) | |
| Defendants. | ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Cyntia Green, on behalf of herself and those similarly situated, and Defendants Life Changing Care, LLC and Samuel Sanders, hereby give notice of the stipulated, voluntary dismissal of all claims against Defendants, with prejudice. Pursuant to *Gilstrap v. Sushinati LLC*, 734 F. Supp. 3d 710, 714 (S.D. Ohio 2024) ("the parties are free to stipulate to the dismissal of this action under Federal Rule of Civil Procedure 41(a), and even free to ask the Court to retain jurisdiction over the settlement agreement in connection with that dismissal[.]") (citing *see Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994)), the parties respectfully request that the Court retain jurisdiction over the settlement agreement in connection with this dismissal.

Respectfully Submitted,

/s/ *Ryan A. Winters*
Joseph F. Scott (0029780)
Ryan A. Winters (0086917)
Kevin M. McDermott II (0090455)
SCOTT & WINTERS LAW FIRM, LLC
P: (216) 912-2221
F: (440) 846-1625
11925 Pearl Rd., Suite 308
Strongsville, Ohio 44136
jscott@ohiowagelawyers.com

/s/ *Jeffrey J. Moyle*
Brittany N. Brantley (0091109)
Jeffrey J. Moyle (0084854)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower
127 Public Square, Suite 4100
Cleveland, OH 44114
216.241.6100
216.357.4733 (FAX)
brittany.brantley@ogletree.com
jeffrey.moyle@ogletree.com